**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Tadeo Estrada, | No. CV-19-00282-TUC-DCB (P) |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Sheriff's Department, et al., | |
| Defendants. | |

On May 20, 2019, the Complaint was dismissed for failure to state a claim, and the Plaintiff was given 30 days to file an Amended Complaint. The Plaintiff sought, and was granted, a 30-day extension of time. The Plaintiff, however, failed to file an Amended Complaint.

**Accordingly,**

**IT IS ORDERED** that the case is dismissed without prejudice, and the Clerk of the Court shall close the case.

Dated this 4th day of March, 2020.

Honorable David C. Bury
United States District Judge